IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID JONATHAN WESTMORELAND, JR. and
JOYCE SIMS WESTMORELAND                                         PLAINTIFFS

V.                                         CIVIL ACTION NO. 1:20-CV-201-GHD-DAS

STATE FARM FIRE AND CASUALTY
INSURANCE, STATE FARM MUTUAL,
AMANDA PARISH, PARISH INSURANCE
SERVICES, INC., and JOHN DOES A-D                               DEFENDANTS

## ORDER

The defendants filed a motion to substitute defendants, asserting that the plaintiff improperly named the defendants, State Farm Fire and Casualty Insurance and State Farm Mutual, and that the appropriately named defendants are State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company. There being no opposition from the plaintiff, the motion is granted.

IT IS THEREFORE ORDERED that State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company are hereby substituted for the defendants, State Farm Fire and Casualty Insurance and State Farm Mutual. The clerk of the court shall correct the docket of the court to reflect the proper names of the defendants.

SO ORDERED AND ADJUDGED this the 13th day of November, 2020.

/s/ David A. Sanders
U.S. MAGISTRATE JUDGE