IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DAVID JONATHAN WESTMORELAND and
JOYCE SIMS WESTMORELAND                                          PLAINTIFFS

v.                                    CIVIL ACTION NO. 1:20-CV-00201-GHD-DAS

STATE FARM FIRE AND CASUALTY COMPANY;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY;
PARISH INSURANCE FINANCIAL SERVICES, INC.;
AMANDA PARISH; and
JOHN DOES A, B, C, and D                                         DEFENDANTS

## ORDER GRANTING PLAINTIFFS' MOTION TO REMAND

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's Motion to Remand this case to state court [7] is GRANTED;

(2) this cause is hereby REMANDED to the Circuit Court of Chickasaw County, Mississippi

(3) the Motion to Dismiss filed by Defendants State Farm Fire and Casualty Company and State Farm Mutual Automobile Insurance Company and the Plaintiffs' Motion to Amend Complaint shall be addressed by the state court upon remand; and

(4) this case is CLOSED.

SO ORDERED, this, the 14th day of September, 2021.

_____
SENIOR U.S. DISTRICT JUDGE